# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KIMBERLY L. ROBINSON,
SECRETARY OF THE DEPARTMENT
OF REVENUE FOR THE STATE OF
LOUISIANA AND CITY OF NEW
ORLEANS DEPARTMENT OF
FINANCE

VERSUS

PRICELINE.COM, INC.,
TRAVELWEB, LLC, TRIP
NETWORK, INC., ORBITZ, LLC,
INTERNETWORK PUBLISHING
CORP. (D/B/A LODGING.COM),
EXPEDIA, INC. (WA),
HOTELS.COM, LP, HOTWIRE,
INC., EGENCIA, LLC,
TRAVELOCITY.COM LP,
SITE59.COM LLC, DESTINATION
MANAGEMENT, INC., DOES 1
THROUGH 1000, INCLUSIVE

NO.  2022 CW 0315

**MARCH 30, 2022**

---

In Re:    Expedia, Inc. (WA), Hotels.com, LP, Hotwire, Inc.,
          Egencia, LLC, Trip Network, Inc. Orbitz, LLC,
          Internetwork Publishing Corp. (d/b/a Lodging.com),
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 650894.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

      **STAY DENIED; WRIT DENIED.**

                        **PMc**
                        **JEW**
                        **MRT**

COURT OF APPEAL, FIRST CIRCUIT

<del>_____</del>
DEPUTY CLERK OF COURT
FOR THE COURT